THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ALLEGHENY COUNTY HEALTH DEPARTMENT<br>Plaintiffs,<br><br>vs.<br><br>ALLEGHENY COUNTY SANITARY AUTHORITY,<br>Defendant. | Civil Action No. 07-737 |

**ORDER GRANTING UNITED STATES'**
**MOTION FOR STAY OF LITIGATION**

Upon motion of Plaintiff, the United States of America, and in furtherance of the parties' avoidance of unnecessary litigation pending judicial review of the proposed settlement, IT IS HEREBY ORDERED that the United States' motion is granted, and that all proceedings in this action are hereby stayed pending further notice from this Court.

Date: 6/4/07

_____
Judge, United States District Court
Western District of Pennsylvania

4