IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ALLEGHENY COUNTY HEALTH DEPARTMENT,<br>    Plaintiffs,<br><br>vs.<br><br>ALLEGHENY COUNTY SANITARY AUTHORITY,<br>    Defendant. | CIVIL ACTION NO. 07-0737<br><br>JUDGE LANCASTER<br><br>ELECTRONICALLY FILED |

## ORDER ENTERING CONSENT DECREE

Upon Motion of Plaintiff, the United States of America, IT IS HEREBY ORDERED that the United States' Motion to Enter is GRANTED, and that the consent decree lodged in this action on May 31, 2007, is approved and entered by this Court.

Date: 1/23/08

_____
Judge, United States District Court
Western District of Pennsylvania